IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONI PRINS and ALEXANDER PRINS, II, <br><br> Plaintiff(s), <br><br> v. <br><br> STATE OF ALASKA, Dept. of Health & Social Services, Division of Juvenile Justice, Kenai Peninsula Youth Facility, <br><br> Defendant(s). | Case No.: 3:19-cv-00296-JWS <br><br> **JOINT STATUS REPORT** |

The parties entered into a settlement agreement that calls for the payment of money. The State has submitted the settlement to the Director of the Administrative Services Division for the Department of Law, who has submitted it to the legislature for inclusion in what amounts to a "Judgments Bill". This appropriation usually passes in mid-May at the very end of the legislative session, with actual payment usually occurring in mid- to late-June. Because the legislature has not yet passed a budget, this process has been delayed. Actual payment is expected to occur 30-45 days after a budget is approved. Once the settlement terms have been satisfied, the parties will file a Stipulation of Dismissal.

DATED: June 21, 2021.

Respectfully submitted,

*/s Sara L. Bloom*
Sara L. Bloom
Alaska Bar No. 1509071
1120 Huffman Road Ste 24-785
Anchorage, AK 99515

Attorney for Plaintiff

*/s Kevin Higgins*
Kevin Higgins, Assistant Attorney General
Alaska Bar No. 0711104
Labor & State Affairs Section
1031 W. 4th Ave., Ste 200
Anchorage, AK 99501
Attorney for Defendant